ACCEPTED
01-15-00141-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
3/19/2015 11:17:50 AM
CHRISTOPHER PRINE
CLERK

NO. 01-15-00141-CV

IN THE COURT OF APPEALS
FOR THE FIRST JUDICIAL DISTRICT
OF TEXAS AT HOUSTON

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

3/19/2015 11:17:50 AM

CHRISTOPHER A. PRINE
Clerk

MADHUSUDAN SHAH, APPELLANT

v.

SODEXO SERVICES OF TEXAS LIMITED PARTNERSHIP

On appeal from the 55th Judicial District Court
Harris County, Texas
Trial Court Cause No. 2014-20678

JOINT STIPULATION AS TO APPEALABLE ORDER

COUNSEL FOR APPELLANT:

Kenneth R. Baird
The Baird Law Firm
2323 South Voss Road, Suite 325
Phone: (713) 783-1113
Facsimile: (281) 677-4227
bairdlawfirm@hotmail.com

COUNSEL FOR APPELLEE:

Nelson D. Skyler
Neal A. Hoffman
Brown Sims
1177 West Loop South, 10th Floor
Houston, Texas 77027
Phone: (713) 629-1580
Facsimile: (713) 629-5027
nskyler@brownsims.com
nhoffman@brownsims.com

1

## JOINT STIPULATION AS TO APPEALABLE ORDER

TO THE HONORABLE JUSTICES OF THE COURT OF APPEALS:

NOW COMES, Madhusudan Shah, Appellant in the above-styled and numbered cause (hereinafter "Appellant"), and Sodexo Services of Texas Limited Partnership, Appellee in the above-styled and numbered cause (hereinafter "Appellee"), appearing jointly by and through their respective counsels of record, and file their Joint Stipulation as to Appealable Order. In support thereof, Appellant and Appellee advise the Honorable Court of Appeals that they have reached the following stipulation:

Appellant and Appellee hereby stipulate that the Order on Defendant's Motion to Dismiss for Failure to Provide a Timely and Complete Chapter 74 Expert Report,[1] which was signed by the Honorable Jeff Shadwick of the 55th Judicial District Court of Harris County, Texas on January 16, 2015, constitutes a final, appealable order despite the fact that that it left unresolved Appellee's claim for attorney's fees and costs. Since Appellee later waived its claim for attorney's fees and costs under Chapter 74 of the Texas Civil Practice & Remedies Code and both Appellant and Appellee desire to proceed with the appeal on its current schedule so that the substantive legal issues in dispute can be resolved by the Honorable Court of Appeals, the Parties respectfully pray that the Honorable Court of Appeals accept their stipulation and treat the Order on Defendant's Motion to Dismiss for Failure to Provide a Timely and Complete Chapter 74 Expert Report as a final, appealable order for all purposes.

---

[1] A copy of the referenced order is attached hereto and incorporated herein for all purposes as Exhibit A.

Respectfully Submitted,

THE BAIRD LAW FIRM

/s/ Kenneth R. Baird, Esq.
Kenneth R. Baird
Texas Bar No. 24036172
2323 South Voss Road, Suite 325
Houston, Texas 77057
Phone: (713) 783-1113
Facsimile: (281) 677-4227
bairdlawfirm@hotmail.com
LEAD COUNSEL FOR APPELLANT
MADHUSUDAN SHAH

---AND---

BROWN SIMS

/s/ Neal A. Hoffman
Nelson D. Skyler
Texas Bar No. 00784982
Neal A. Hoffman
Texas Bar No. 24069936
1177 West Loop South, 10th Floor
Houston, Texas 77027
Phone: (713) 629-1580
Facsimile: (713) 629-5027
nskyler@brownsims.com
nhoffman@brownsims.com
COUNSEL FOR APPELLEE SODEXO
SERVICES OF TEXAS LIMITED
PARTNERSHIP

## CERTIFICATE OF CONFERENCE

As required by Rule 10.1(a)(5) of the Texas Rules of Appellate Procedure, I certify that I have conferred with all other parties – who are listed below – about the merits of this stipulation with the following results:

Neal A. Hoffman, counsel for Appellee Sodexo Services of Texas Limited Partnership, has joined in the relief sought as indicated in the signature block. As a result, the term "Joint" has been included in the style of this document.

/s/ Kenneth R. Baird, Esq.
Kenneth R. Baird
Date: March 19, 2015

## CERTIFICATE OF SERVICE

As required by Rules 6.3and 9.5(b) – (e) of the Texas Rules of Appellate Procedure, I certify that I have served this document on all other parties – which are listed below – by the manner of service indicated below:

*Via Electronic Filing & Facsimile: (713)629-5027*
Mr. Nelson D. Skyler
Mr. Neal A. Hoffman
Brown Sims
1177 West Loop South, 10th Floor
Houston, Texas 77027
*Counsel for Appellee Sodexo Services of Texas*
*Limited Partnership*

*Via Electronic Filing Only*
Mr. Arshad A. Ramji
Ramji & Associates, P.C.
2920 Virginia Street
Houston, Texas 77098
Co-Counsel for Appellant Madhusudan Shah

/s/ Kenneth R. Baird, Esq.
Kenneth R. Baird
Date: March 19, 2015